### SPENCER & CO. v. UNITED STATES.

(Circuit Court, S. D. New York. February 22, 1906.)

No. 3,973.

1. CUSTOMS DUTIES—CLASSIFICATION—NUTS—APRICOT KERNELS.

Apricot stones come within the common definition of "nuts," and apricot kernels are dutiable as "nuts * * * not specially provided for," under paragraph 272, Tariff Act July 24, 1897, c. 11, § 1, Schedule G, 30 Stat. 172 [U. S. Comp. St. 1901, p. 1652].

On Application for Review of a Decision of the Board of United States General Appraisers.

The decision under review affirmed the assessment of duty by the collector of customs at the port of New York, on the authority of a former decision of the Board of General Appraisers, reported as G. A. 5,274 (T. D. 24,206).

Comstock & Washburn (J. Stuart Tompkins, of counsel), for the importers.

Henry A. Wise, Asst. U. S. Atty.

WHEELER, District Judge. This importation is of apricot kernels, which have been assessed for duty as shelled almonds at 6 cents per pound, under paragraph 269, Act July 24. 1897, c. 11, § 1, Schedule G, 30 Stat. 172 [U. S. Comp. St. 1901, p. 1651], against a protest, among others, that the duty should be but 1 cent per pound, under paragraph 272, 30 Stat. 172 [U. S. Comp. St. 1901, p. 1652], which provides for "nuts, of all kinds, shelled or unshelled, not specially provided for in this act one cent per pound." Almonds are in the nut schedule, and these kernels that are shelled from apricot stones are as well nuts as the meats shelled from the stones of the almond are. Both are drupe fruits, and the stones of each seem to come within the common definition of nuts which have to be cracked to get the kernel. The almonds are nuts specially provided for, and the apricot stones or pits, including the kernels, of much less value, seem to be nuts not otherwise specially provided for, but left to go in the general provision at the much lower rate.

Decision reversed.